UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

ANTHONY J. JONES                                CIVIL ACTION NO. 3:24-cv-00297

                                                SECTION P

VS.

                                                JUDGE TERRY A. DOUGHTY

SHERIFF CLAY BENNET, ET AL.                     MAG. JUDGE KAYLA D. MCCLUSKY


## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 10] having been

considered, no objections thereto having been filed,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Anthony J. Jones's

claims are **DISMISSED WITH PREJUDICE** as untimely, frivolous, and for failing to state

claims on which relief may be granted.

MONROE, LOUISIANA, this 16th day of May 2024.


_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE